THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE INTERNATIONAL CONTRACTING COMPANY, Appellant, *v.* JAMES A. ROBERTS, as Comptroller of the State of New York, Respondent.

*People ex rel. Contracting Co.* v. *Roberts,* 27 App. Div. 400, affirmed.
(Argued January 9, 1899 ; decided January 24, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered April 25, 1898, upon an order modifying, and, as modified, affirming on certiorari a determination of the state comptroller in assessing a tax against the relator.

*John B. Green* and *Edmund L. Cole* for appellant.

*G. D. B. Hasbrouck* and *J. C. Davies,* for respondent.

Judgment and order affirmed, with costs, on opinion below. All concur.